# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-cr-0916-GPC |
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER GRANTING MOTION AND DISMISSING INFORMATION** |
| NICHOLE ALEXANDRA WARD (2), | [ECF No. 17.] |
| Defendant. | |

Upon motion of the parties, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Information [ECF No. 17] without prejudice.

   **IT IS SO ORDERED.**

Dated:  April 25, 2019

             Hon. Gonzalo P. Curiel
             United States District Judge